IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 03 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:15cr74 HSO-JCG

THOMAS A. WOTRING  18 U.S.C. § 1030(a)(2)

**The United States Attorney charges:**

That on or about July 11, 2012, in Jackson County in the Southern Division of the Southern District of Mississippi and elsewhere, the defendant, **THOMAS A. WOTRING**, intentionally accessed a computer without authorization, and thereby obtained information from a protected computer in violation of Section 1030(a)(2) and (c)(2)(A), Title 18, United States Code.

_____
GREGORY K. DAVIS
United States Attorney